IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COREY L. DIAMOND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CA 19-915-CG-MU |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**, prior to service of process, because Plaintiff's purported claim against the Department of Justice is time-barred.[1]

**DONE and ORDERED** this 3rd day of February, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Court finds Plaintiff's second Motion to Proceed Without Prepayment of Fees (Doc. 6) to be **MOOT**.